JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN J. H., <br><br>    Plaintiff, <br><br>    v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br>    Defendant. | Case No. 2:25-cv-06202-KES <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is AFFIRMED

DATED: January 9, 2026



KAREN E. SCOTT
United States Magistrate Judge

1